**WO**

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | | |
|---|---|---|
| Michael A. H. Ihsan, | ) | No. 05-CV-2546-PHX-FJM |
| Plaintiff, | ) | **ORDER** |
| vs. | ) | |
| Mary E. Bruno, et al., | ) | |
| Defendants. | ) | |

The court has before it plaintiff's motion for reconsideration (doc. 39) of the matters resolved in our Order dated December 20, 2005 (doc. 36). The motion is denied because it simply restates the arguments of plaintiff's original briefings. Plaintiff's accusation of bribery and other ethical violations, Motion for Reconsideration at 3, is utterly baseless. Plaintiff's accusation of discrimination against plaintiff based upon his race, religion, disability, veteran status, or pro se status, id. at 5, is utterly baseless. We urge plaintiff to seek the advice of a lawyer. Lawyers are trained to evaluate cases. An evaluation of this case by a lawyer may help plaintiff understand and accept the outcome despite his disappointment.

The court also has before it plaintiff's motion for leave to file an appeal in forma pauperis (doc. 41). The motion may be granted if the party can show an inability to pay the appellate docket fee. Fed. R. App. P. 24(a)(1)(A). Plaintiff did not move for leave to file his complaint in forma pauperis, and he paid the filing fee (doc. 1). Moreover, plaintiff has an

1  income of over $3,000 per month, <u>Affidavit</u> at 2, which is over three times higher than the
2  income of a single person family unit considered impoverished under the 2005 Department
3  of Health and Human Services Poverty Guidelines. Annual Update of HHS Poverty
4  Guidelines, 70 Fed. Reg. 8,373, 8,374 (Feb. 18, 2005). Accordingly, we conclude that
5  plaintiff has not shown an inability to pay the appellate docket fee.

6  **IT IS ORDERED DENYING** plaintiff's motion for reconsideration (doc. 39).

7  **IT IS FURTHER ORDERED DENYING** plaintiff's motion for leave to appeal in
8  forma pauperis (doc. 41).

9  DATED this 20th day of January, 2006.

_____
Frederick J. Martone
United States District Judge

- 2 -